**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AW FINANCIAL GROUP, LLC and KEY
BRANDS INTERNATIONAL, LTD.,

    Appellants,

v.                                          Case No: 8:12-cv-2488-T-30

LAUREN P. GREENE,

    Appellee.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal (Dkt. #13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of December, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2488 dismiss 13.docx